## 1244. MORRIS *v.* THE STATE.

RUSSELL, J. Reasonably construed, the testimony in the record makes it clear that the question as to whether the defendant was present at the time of the criminal transaction, and did the act he is alleged to have done, rests on hearsay only. *Judgment reversed.*

Indictment for assault with intent to murder, from Morgan superior court—Judge Lewis. May 22, 1908.

Submitted June 14,—Decided November 10, 1908.

*George & Anderson,* for plaintiff in error.

*Joseph E. Pottle, solicitor-general,* contra.